UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-02214 ADS                          Date:  January 29, 2026

Title:  *Ameris Bank, et al. v. Universal Logistics Group, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On October 1, 2025, Plaintiffs filed a Complaint.  To date, no responsive pleading has been filed.  Plaintiffs have not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiffs must file a written response no later than **February 5, 2026**.  Among other appropriate responses, Plaintiffs may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiffs are expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh